and *Joseph Schreiber* for petitioner in No. 920, and for appellant in No. 921. *Hugh B. Cox, Roswell B. Perkins, Ulrich Schweitzer, Francis T. P. Plimpton, Samuel E. Gates,* and *Robert L. King* for petitioner in No. 1038. *Solicitor General Griswold, Assistant Attorney General McLaren, Deputy Solicitor General Springer, Howard E. Shapiro, Robert W. Ginnane,* and *Leonard S. Goodman* for the United States et al. in No. 1057. They also filed a memorandum for the United States in Nos. 914, 915, 916, 917, 920, 921, and 1038. *Joseph Auerbach, James Wm. Moore, Robert G. Bleakney, Jr.,* and *Morris Raker* for Smith, respondent in Nos. 914, 916, and 920, and appellee in Nos. 915, 917, and 921. *Messrs. Griswold* and *Ginnane* on the motion to expedite. Reported below: Nos. 915, 917, and 921, 305 F. Supp. 1049. Nos. 914, 916, 920, 1038, and 1057, see 304 F. Supp. 793 and 1136.

No. 963, Misc. ELKANICH *v.* UNITED STATES. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted. Case transferred to appellate docket and set for oral argument immediately following No. 269 [*Price* v. *Georgia,* certiorari granted, 395 U. S. 975]. *Solicitor General Griswold* for the United States.

No. 753. SABATINO, ADMINISTRATOR *v.* CURTISS NATIONAL BANK OF MIAMI SPRINGS; and

No. 959. CURTISS NATIONAL BANK OF MIAMI SPRINGS *v.* SABATINO, ADMINISTRATOR. C. A. 5th Cir. Certiorari denied. *Louis A. Sabatino,* petitioner, *pro se,* in No. 753, and respondent, *pro se,* in No. 959. *Lewis Horwitz* for respondent in No. 753 and for petitioner in No. 959. Reported below: 415 F. 2d 632.